|  |  |
|---|---|
| LEAH WALKER, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Propet Footwear, Inc.<br><br>    Defendant. | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:25-cv-532<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: April 7, 2025

_____

David B. Reyes, Esq.

EQUAL ACCESS LAW GROUP, PLLC

68-29 Main Street

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law

*Attorney for Plaintiff*

_____

Robert Stephen Driscoll

Reinhart Boerner Van Deuren S.c.

1000 North Water Street

Suite 1700, Milwaukee, WI 53202

Tel: (414) 298-8272

Email: Rdriscol@reinhartlaw.Com

*Attorney for Defendant*